JERMAINE JONES *v.* COMMISSIONER OF
CORRECTION
(AC 28968)

Gruendel, Alvord and Pellegrino, Js.

Argued April 27—officially released June 16, 2009

Per Curiam. The appeal is dismissed.

KENNETH BOVE *v.* HOWARD W. BOVE ET AL.
(AC 29751)

Beach, Robinson and Mihalakos, Js.

Argued May 19—officially released June 16, 2009

Per Curiam. The judgment is affirmed and the case
is remanded to the trial court with direction to set a
new sale date.

JOHN VIVO III *v.* COMMISSIONER OF CORRECTION
(AC 29561)

Bishop, Harper and Mihalakos, Js.

Argued May 27—officially released June 16, 2009

Per Curiam. The appeal is dismissed.